

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT
Principal Deputy Solicitor General

(512) 463-2127
Lanora.Pettit@oag.texas.gov

April 7, 2022

**Via CM/ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit

**Re:    No. 21-50469, *Freedom from Religion Foundation v. Abbott***

Dear Mr. Cayce:

Pursuant to Federal Rule of Appellate Procedure 28(j), I write to notify the panel in the above-captioned case that the Texas State Preservation Board has formally repealed the Capitol Exhibit Rule, Texas Administrative Code § 111.13. *See* Tex. Sec'y of State, *Texas Register*, https://tinyurl.com/59zjb76m (last accessed April 7, 2022). As I mentioned during oral argument on March 7, 2022, this repeal was proposed following the close of briefing in this case. It has now been adopted by the Board by unanimous vote and without a single public comment. The repeal will be published in the April 15, 2022, issue of the *Texas Register* and will take effect on April 20, 2022. *Id.*

The July 2020 amendments to the Capitol Exhibit Rule closed the Texas Capitol grounds to private speech by adopting any exhibit approved for display as government speech. *E.g.,* Blue Br. 21-23, Gray Br. 3-11. But even Plaintiff has acknowledged that the full repeal of section 111.13 closes the forum to which it has sought access. Red Br. 28-29. Consequently, FFRF's prospective Free Speech Clause claim seeking equal access to the Texas Capitol grounds is now indisputably moot, and the district court's order awarding FFRF injunctive relief should be vacated under the principles announced in *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39-40 (1950).

Page 2

Respectfully submitted.

/s/ Lanora C. Pettit

Lanora C. Pettit
Principal Deputy Solicitor General

cc: All counsel of record (via CM/ECF)