United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 27, 2023
Lyle W. Cayce
Clerk

No. 21-50469

Freedom From Religion Foundation, Inc.,

*Plaintiff—Appellee,*

versus

Greg Abbott, *Governor of the State of Texas*, Chairman of the State Preservation Board; Rod Welsh, *Executive Director of Texas State Preservation Board*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CV-233

_____

Before Richman, *Chief Judge,* and Higginbotham and Elrod, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

**Certified as a true copy and issued as the mandate on Feb 22, 2023**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-50469

IT IS FURTHER ORDERED that each party bear its own costs on appeal.