# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50469   Freedom From Religion Fdn v. Abbott
                            USDC No. 1:16-CV-233

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Lisa E. Ferrara, Deputy Clerk
                                    504-310-7675

cc:
    Mr. Richard L. Bolton
    Mr. William Francis Cole
    Mr. Samuel Troxell Grover
    Ms. Lanora Christine Pettit
    Mr. Benjamin Walton